BRIAN K. WANERMAN, CA State Bar No. 272661
Calabria Law Group
980 Ninth Street, 16th Floor
Sacramento, California 95814
Telephone: (916) 847-3148
Fax: (866) 877-2385
E-mail: brian@calabrialawgroup.net

Attorney for Defendant
CHRISTIAN ANTHONY ROMERO

# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>JOSE GUADALUPE LOPEZ-ZAMORA ET. AL.<br><br>　　　　　Defendants. | 2:21-cr-00007-4 MCE<br><br>**REQUEST FOR WAIVER OF DEFENDANT'S IN-PERSON APPEARANCE (LOCAL RULE 137(b) AND GENERAL ORDER 616)** |

Pursuant to Local Rule 137(b) and General Order 616, defendant Christian Anthony Romero hereby waives the right to be present in person in open court upon the hearing of any motion or other proceeding in this case, including, but not limited to, when a continuance is ordered, and when any other action is taken by the court after trial, except upon imposition of sentence.  Defendant hereby requests he Court to proceed by videoconference of defendant's presence, the same as if defendant were present in-person, and further agrees to be present in court ready for sentencing any day and hour

---

the Court may fix in his absence.  Undersigned has consulted with the defendant and the defendant consents to counsel's signing on defendant's behalf.

Dated: February 9, 2021   /s/ Brian K. Wanerman for
CHRISTIAN ANTHONY ROMERO

I agree with and consent to my client's waiver of appearance.

Dated: February 9, 2021

IT IS SO ORDERED.

Dated:  February 10, 2021

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE