UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA


**FILED**
Nov 18, 2021
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CHRISTIAN ANTHONY ROMERO,<br><br>　　　　　Defendant. | Case No.  2:21-cr-0007-JAM<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release  <u>CHRISTIAN ANTHONY ROMERO</u> , Case No. <u>2:21-cr-0007-JAM</u>  Charge <u>21 USC §§ 846 and 841(a)(1)</u> , from custody for the following reasons:

| | | |
|---|---|---|
| _____ | Release on Personal Recognizance | |
| __X__ | Bail Posted in the Sum of $ | <u>35,000.00 CASH</u> |
| __X__ | Unsecured Appearance Bond $ | <u>20,360.00 co-signed by Jairo Romero and Carla Olivera</u> |
| _____ | Appearance Bond with 10% Deposit | |
| _____ | Appearance Bond with Surety | |
| _____ | Corporate Surety Bail Bond | |
| __X__ | (Other): <u>7 Vehicles as stated on the record.</u> | |

Issued at Sacramento, California on November 18, 2021 at _10:55 am___.

　　　　　　　　　　　　　　By:    /s/ Carolyn K. Delaney

　　　　　　　　　　　　　　　　　　Magistrate Judge Carolyn K. Delaney