Kresta Nora Daly, SBN 199689
**BARTH DALY LLP**
PO Box F
Winters, California 95694
Telephone: (916) 440-8600
Facsimile:  (916) 440-9610
Email:  kdaly@barth-daly.com

Attorneys for Defendant
CHRISTIAN ROMERO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:21-CR-00007-JAM |
|---|---|
| Plaintiff, | |
| v. | **STIPULATION AND** ~~**PROPOSED**~~ **ORDER** |
| CHRISTIAN ROMERO, | |
| Defendant. | |

On November 12, 2021 this Court ordered Christian Romero released. Among the Special Conditions of Release was that he reside with his brother Jairo Romero. Pre-Trial Services now believes another of Mr. Romero's brothers, Edward Romero, can provide a more appropriate residence, and recommends modifying the Special Conditions of Release to allow this. Jairo Romero's home is crowded. Edward Romero has an empty studio apartment in which Christian Romero may reside. The United States does not object to the recommended modification. Therefore, the parties hereby stipulate that the Court amend the Special Conditions of Release to permit Christian Romero to reside with his brother Edward Romero.

//

//

//

1  November 24, 2021

2  /s/ Kresta Daly for
3  David Spencer
   Assistant United States Attorney

4

5  November 24, 2021

6

7  /s/ Kresta Daly
   Kresta Daly
8  Defendant

**O R D E R**

Good cause appearing Christian Romero's Special Conditions of Release are hereby amended to permit him to live with his brother Edward Romero. All other conditions of release remain unchanged.

DATED: November 24, 2021

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Barth Daly LLP
Attorneys At Law
Davis, California

{00030813}   - 4 -