Kresta Nora Daly, SBN 199689
**BARTH DALY LLP**
PO Box F
Winters, CA 95694
Telephone: (916) 440-8600
Facsimile: (916) 440-9610
Email: kdaly@barth-daly.com

Attorneys for Defendant
CHRISTIAN ROMERO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:21-CR-00007-DAD |
| Plaintiff, | **ORDER** |
| v. | |
| CHRISTIAN ROMERO, | |
| Defendant. | |

Christian Anthony Romero's conditions of supervised release are hereby amended as follows:

Mr. Romero is permitted to live with his girlfriend and children at an address previously provided to and approved of by Pretrial Services.

Dated: June 27, 2023

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

Order re Modify Conditions of Release                                   [Case No. 2:21-CR-00007-DAD]