PHILLIP A. TALBERT
United States Attorney
DAVID W. SPENCER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTIAN ANTHONY ROMERO,<br><br>Defendant. | CASE NO. 2:21-CR-0007-DAD<br><br>STIPULATION TO SET CHANGE OF PLEA HEARING<br><br>DATE: July 18, 2023<br>TIME: 9:30 a.m.<br>COURT: Hon. Dale A. Drozd |

**STIPULATION**

By this stipulation, Plaintiff, the United States of America, by and through its attorney of record, Assistant U.S. Attorney David W. Spencer, and Defendant, Christian Anthony Romero, by and through his attorney of record, Kresta N. Daly, hereby stipulate as follows:

1. The parties have reached a plea agreement and Mr. Romero wishes to change his plea pursuant to that agreement.

2. The parties request to set this matter for a change of plea hearing on July 18, 2023.

IT IS SO STIPULATED.

STIPULATION TO SET CHANGE OF PLEA HEARING    1

Dated: July 13, 2023

PHILLIP A. TALBERT
United States Attorney

/s/ DAVID W. SPENCER
DAVID W. SPENCER
Assistant United States Attorney

Dated: July 13, 2023

/s/ Kresta N. Daly
Kresta N. Daly
Counsel for Defendant
CHRISTIAN ANTHONY ROMERO

## ORDER

This matter is hereby set for a change of plea hearing on July 18, 2023, at 9:30 a.m.

IT IS SO ORDERED.

Dated: **July 13, 2023**

_____
UNITED STATES DISTRICT JUDGE