Kresta Nora Daly, SBN 199689
**BARTH DALY LLP**
PO Box F
Winters, California 95694
Telephone: (916) 440-8600
Facsimile:  (916) 440-9610
Email:  kdaly@barth-daly.com

Attorneys for Defendant
CHRISTIAN ROMERO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTIAN ROMERO,<br><br>Defendant. | Case No. 2:21-CR-00007-JAM<br><br>**STIPULATION AND ORDER** |

The defense wishes to re-set the sentencing and disclosure dates in the above captioned case. The government does not object.  Probation is aware of this request and does not object. Therefore, the parties propose the following dates:

| | |
|---|---|
| Judgement and Sentencing | March 5, 2024 |
| Reply or statement of non-opposition | February 27, 2024 |
| Motion for Correction of the PSR | February 20, 2024 |
| Final PSR filed with the Court | February 13, 2024 |
| Informal Objections due | February 6, 2024 |
| Draft PSR Disclosed to Counsel | January 23, 2024 |

October 25, 2023

/s/ Kresta Daly for
David Spencer
Assistant United States Attorney

October 25, 2023

 /s/ Kresta Daly
Kresta Daly
Defendant

**O R D E R**

Pursuant to the stipulation of the parties and good cause appearing Christian Romero request to re-set the sentencing and disclosure dates is hereby granted.  The sentencing hearing previously scheduled for October 31, 2023 is vacated.  The new sentencing schedule dates are:

| | |
|---|---|
| Judgement and Sentencing | March 5, 2024 at 9:30 a.m. |
| Reply or statement of non-opposition | February 27, 2024 |
| Motion for Correction of the PSR | February 20, 2024 |
| Final PSR filed with the Court | February 13, 2024 |
| Informal Objections due | February 6, 2024 |
| Draft PSR Disclosed to Counsel | January 23, 2024 |

IT IS SO ORDERED.

Dated:   **October 26, 2023**

*/s/ Dale A. Drozd*
DALE A. DROZD
UNITED STATES DISTRICT JUDGE

Barth Daly LLP
Attorneys At Law
Davis, California

{00030813}                                        - 4 -

STIPULATION AND [PROPOSED] ORDER RE DISCLOSURE SCHEDULE                    [Case No. 2:17-CR-0176-TLN]