Kresta Nora Daly, SBN 199689
**BARTH DALY LLP**
PO Box F
Winters, California 95694
Telephone: (916) 440-8600
Facsimile: (916) 440-9610
Email: kdaly@barth-daly.com

Attorneys for Defendant
CHRISTIAN ROMERO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:21-CR-00007-DAD |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER** |
| CHRISTIAN ROMERO, | |
| Defendant. | |

The defense wishes to re-set the sentencing and disclosure dates in the above captioned case. The government does not object. Therefore, the parties propose the following dates:

| | |
|---|---|
| Judgement and Sentencing | July 16, 2024 |
| Reply or statement of non-opposition | July 9, 2024 |
| Motion for Correction of the PSR | July 2, 2024 |
| Final PSR filed with the Court | June 25, 2024 |
| Informal Objections due | June 18, 2024 |
| Draft PSR Disclosed to Counsel | June 4, 2024 |

//

//

//

February 19, 2024

                                          /s/ Kresta Daly for
                                          David Spencer
                                          Assistant United States Attorney

February 19, 2024

                                          /s/ Kresta Daly
                                          Kresta Daly
                                          Defendant Christian Romero

BARTH DALY LLP
ATTORNEYS AT LAW
DAVIS, CALIFORNIA

**O R D E R**

Good cause appearing Christian Romero request to re-set the sentencing and disclosure dates is hereby granted. The new dates are:

| | |
|---|---|
| Judgement and Sentencing | July 16, 2024 |
| Reply or statement of non-opposition | July 9, 2024 |
| Motion for Correction of the PSR | July 2, 2024 |
| Final PSR filed with the Court | June 25, 2024 |
| Informal Objections due | June 18, 2024 |
| Draft PSR Disclosed to Counsel | June 4, 2024 |

IT IS SO ORDERED.

Dated:  **February 20, 2024**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

BARTH DALY LLP
ATTORNEYS AT LAW
DAVIS, CALIFORNIA

{00030813}   - 4 -
STIPULATION AND [PROPOSED] ORDER RE DISCLOSURE SCHEDULE   [Case No. 2:17-CR-0176-TLN]