Kresta Nora Daly, SBN 199689
**BARTH DALY LLP**
PO Box F
Winters, CA 95694
Telephone: (916) 440-8600
Facsimile: (916) 440-9610
Email:  kdaly@barth-daly.com

Attorneys for Defendant
CHRISTIAN ROMERO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>v.<br><br>CHRISTIAN ROMERO,<br><br>           Defendant. | Case No. 2:21-CR-00007-DAD-CKD<br><br>**UNOPPOSED MOTION TO RELEASE COLLATERAL AND ORDER** |

Defendant Christian Romero by and through his counsel of record, requests this court order the properties posted as collateral in connection with his partly secured appearance bond be unencumbered and returned.

On November 12, 2021, Judge Delaney ordered Mr. Romero release on a $150,000 partially secured appearance bond.  The bond was partially secured by the following items:

Title to 2014 Chevrolet Corvette Stingray from Edward Romero [Dkt. 236];

Title to 1995 Bay Linder Boat and 1995 boat trailer from Jairo Romero [Dkt. 237];

Title to 2001 Chevrolet Taho from Erika Romero [Dkt. 238];

Title to 2013 Chevrolet Malibu from Erika Romero [Dkt. 239];

Title to 2015 Hyundai Sonata from Carla Olivera [Dkt. 240];

Title to 2017 Nissan from Olivera Ramirez Aroldo [Dkt. 241];

$35,000 cash [no docket number, docketed between entries 241 and 242]; and

Title to 2013 Dodge Charger from Edward Erubiel Romero [Dkt. 242].

Mr. Romero was sentenced on July 16, 2024. He was ordered to turn himself in on September 23, 2024, which he did. As of the date of filing, BOP Inmate Locator indicates Mr. Romero is currently in custody at USP Atwater with a release date of May 24, 2032. https://www.bop.gov/mobile/find_inmate/byname.jsp#inmate_results.

Mr. Romero's case is closed. There is no longer a need for collateral to secure his appearance bond. Mr. Romero therefore requests this court order the items returned their owners.

The government is aware of this request and has no objection.

DATED: October 10, 2024

/s/ Kresta Daly

Kresta Daly
Attorney at Law

# **ORDER**

Good cause appearing the following items are released and ordered returned to their owners:

Title to 2014 Chevrolet Corvette Stingray from Edward Romero [Dkt. 236];

Title to 1995 Bay Linder Boat and 1995 boat trailer from Jairo Romero [Dkt. 237];

Title to 2001 Chevrolet Taho from Erika Romero [Dkt. 238];

Title to 2013 Chevrolet Malibu from Erika Romero [Dkt. 239];

Title to 2015 Hyundai Sonata from Carla Olivera [Dkt. 240];

Title to 2017 Nissan from Olivera Ramirez Aroldo [Dkt. 241];

$35,000 cash [no docket number, docketed between entries 241 and 242]; and

Title to 2013 Dodge Charger from Edward Erubiel Romero [Dkt. 242].

IT IS SO ORDERED.

Dated:   **October 11, 2024**            *Dale A. Drozd*
DALE A. DROZD
UNITED STATES DISTRICT JUDGE